```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
In re:                                                                  Case No. 18-10506-elf
Tae W. Kim                                                              Chapter 7
Victoria Soon Yu Kim
        Debtors
                                   CERTIFICATE OF NOTICE
District/off: 0313-2          User: Antoinett              Page 1 of 3              Date Rcvd: Feb 15, 2018
                              Form ID: pdf900              Total Noticed: 76


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 17, 2018.
db/jdb         +Tae W. Kim,    Victoria Soon Yu Kim,    151 Redstone Drive,    Warrington, PA 18976-2459
cr             +US Foods Inc,    c/o Morris & Adelman PC,    POB 2235,    201 N Presidential Blvd S100,
                 Bala Cynwyd, PA 19004-1257
14046040       +AES,    PO Box 61047,    Harrisburg, PA 17106-1047
14046044        AT&T Universal Card,     PO Box 6500,    Sioux Falls, SD 57117-6500
14046042       +Aqua Pennsylvania, Inc.,     762 W. Lancaster Avenue,    Bryn Mawr, PA 19010-3489
14046046       +Atlantic Credit and Finance, Inc.,     PO Box 2001,    Warren, MI 48090-2001
14046047       +Atlantic Credit and Finance, Inc.,     PO Box 2083,    Warren, MI 48090-2083
14046048      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     PO Box 982235,    El Paso, TX 79998-2235)
14046050       +Birmingham Home Loan Service Center,     801 Tom Martin Drive,    Suite 120,
                 Birmingham, AL 35211-6424
14046051       +Bloomingdales,    PO Box 8058,    Clearwater, FL 33758
14046063        CST Co.,    PO Box 33127,    Louisville, KY 40232-3127
14046052        Capehart & Scatchard, PA,     ATTN: Sergio I. Scuteri, Esq.,    PO Box 5016,
                 Mount Laurel, NJ 08054-5016
14046054        Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
14046053        Capital One,    PO Box 30256,    Salt Lake City, UT 84130-0256
14046055       +Chesco Security, Inc.,     PO Box 642,    Kennett Square, PA 19348-0642
14046056        Citibank (Costco),    PO Box 6500,    Sioux Falls, SD 57117-6500
14046057        Citizen One Card Services,     PO Box 18204,    Bridgeport, CT 06601-3204
14046058       +Client Services, Inc.,     3451 Harry S. Truman Blvd.,    Saint Charles, MO 63301-9816
14046061       +Comcast Business Services,     676 Island Pond Road,    Manchester, NH 03109-4840
14046062        Comenity Bank (Total Rewards),     Bankruptcy Department,    PO Box 182125,
                 Columbus, OH 43218-2125
14046064       +Department Stores Nat'l Bank,     PO Box 8066,    Mason, OH 45040-8066
14046067        FMA Alliance, LTD.,     PO Box 2409,    Houston, TX 77252-2409
14046066       +Finiki, Inc.,    c/o John Hazalis,    220 North Central Blvd.,    Broomall, PA 19008-3806
14046069        GM Card,    Customer Service,    PO Box 80082,    Salinas, CA 93912-0082
14046070       +Harry J. Karapalides, Esq.,     42 Copley Road,    Upper Darby, PA 19082-2512
14046071       +Home Depot Credit Services,     PO Box 790328,    Saint Louis, MO 63179-0328
14046072       +Home Depot/Citibank,    PO Box 6497,    Sioux Falls, SD 57117-6497
14046074       +KML Law Group, P.C.,    ATTN: Bankruptcy Department,     BNY Independence Center,
                 701 Market St., Ste. 5000,    Philadelphia, PA 19106-1541
14046073       +Kaplin Stewart Meloff Reiter & Stein,     PO Box 3037,    Blue Bell, PA 19422-0765
14046075       +Mahmoud Amer,    21 Rockleigh Drive,    Trenton, NJ 08628-1517
14046079        Midland Funding, LLC,    PO Box 2001,    Warren, MI 48090-2001
14046080       +Mitchell J. Malzberg, LLC,     ATTN: Mitchell J. Malzberg, Esq.,    PO Box 5122,
                 Clinton, NJ 08809-0122
14048522       +Mitchell Malzberg, Esq.,     Law Offices of Mitchell J. Malzberg, LLC,    PO Box 5122,
                 Clinton, NJ 08809-0122
14046081        Morris & Adelman,    ATTN: James W. Adelman, Esq.,    PO Box 2235,    Bala Cynwyd, PA 19004-6235
14046082       +Mr. Cooper,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
14046083       +National Collegiate Student Loan Trust,     800 Boylston Street,    34th Floor,
                 Boston, MA 02199-1900
14046084       +National Enterprise Systems,     2479 Edison Blvd.,    Unit A,    Twinsburg, OH 44087-2476
14046086       +Northland Group, Inc.,     PO Box 390900,    Mail Code UBNB,    Minneapolis, MN 55439-0990
14046087       +Ophtalmic Partners of PA,     PO Box 4803,    Lancaster, PA 17604-4803
14046088        Opthalmic Partners of PA,     PO Box 4803,    Lancaster, PA 17604-4803
14046091       +PHEAA,    1200 North 7th Street,    Harrisburg, PA 17102-1444
14046090       +Performance Food Group, Inc.,     d/b/a Performance Food Service/Roma-NJ,     301 Heron Drive,
                 Swedesboro, NJ 08085-1773
14046092       +Pointe Pest Control,    334 Dekalb Street,    Bridgeport, PA 19405-1021
14046093        Real Time Resolutions,    1349 Empire Drive,    Suite 150,    Dallas, TX 75247
14046094        Saks Fifth Avenue,    Attn: Customer Care,    Jackson, MS 39209
14046095       +Schlee & Stillman Law Office, LLC,     50 Tower Office Park,    Woburn, MA 01801-2113
14046096        Sears Credit Cards,    PO Box 6282,    Sioux Falls, SD 57117-6282
14046099       +Sysco Philadelphia, LLC,    600 Packer Avenue,    Philadelphia, PA 19148-5304
14046100        U.S. Department of the Treasury,     Bureau of the Fiscal Service,    PO Box 830794,
                 Birmingham, AL 35283-0794
14046101      ++U.S. Foods, Inc.,    c/o Morris & Adelman, P.C.,    201 N. Presidential Blvd., Ste 100,
                 P.O. Box 2235,    Bala Cynwd, PA 19004-6235,    Attention: James W. Adelman 19004-6235
14046105      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US Bank,    PO Box 2846,    Oshkosh, WI 54903-2846)
14049647        US Foods Inc,    c/o Morris & Adelman, P.C.,    POB 2235,    Bala Cynwyd PA 19004-6235
14046103       +United Collection Bureau, Inc.,    5620 Southwyck Blvd.,    Suite 206,    Toledo, OH 43614-1501
14046106       +Wells Fargo,    PO Box 84712,    Sioux Falls, SD 57118-4712
14046107       +Wells Fargo Bank,    PO Box 10335,    Des Moines, IA 50306-0335
14046108        Wells Fargo Bank,    PO Box 95225,    Albuquerque, NM 87199-5225
14046109       +Wells Fargo Business Direct,     PO Box 29482,    Phoenix, AZ 85038-9482
14046110        Wells Fargo Card Service,    PO Box 10347,    Des Moines, IA 50306-0347
14046111       +Wells Fargo Card Services,    PO Box 10347,    Des Moines, IA 50306-0347
```

```
District/off: 0313-2          User: Antoinett              Page 2 of 3                   Date Rcvd: Feb 15, 2018
                              Form ID: pdf900              Total Noticed: 76


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: bankruptcy@phila.gov Feb 16 2018 01:54:24      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 16 2018 01:53:40
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 16 2018 01:54:06      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              +E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2018 01:56:17      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14046043         E-mail/Text: legal@arsnational.com Feb 16 2018 01:53:17     ARS National Services, Inc.,
                 PO Box 469100,   Escondido, CA 92046-9100
14046041        +E-mail/Text: ally@ebn.phinsolutions.com Feb 16 2018 01:53:08     Ally Financial,
                 PO Box 380901,   Minneapolis, MN 55438-0901
14046045         E-mail/Text: ACF-EBN@acf-inc.com Feb 16 2018 01:53:08     Atlantic Credit & Finance, Inc.,
                 PO Box 13386,   Roanoke, VA 24033-3386
14046065         E-mail/Text: mrdiscen@discover.com Feb 16 2018 01:53:09     Discover Bank,   PO Box 15316,
                 Wilmington, DE 19850-5316
14046068        +E-mail/Text: bankruptcy@affglo.com Feb 16 2018 01:53:49     Global Credit & Collection,
                 5440 N. Cumberland Avenye,   Suite 300,   Chicago, IL 60656-1486
14046077        +E-mail/Text: bankruptcydpt@mcmcg.com Feb 16 2018 01:53:48     Midland Credit Management,
                 PO Box 60578,   Suite 200,   Los Angeles, CA 90060-0578
14046076        +E-mail/Text: bankruptcydpt@mcmcg.com Feb 16 2018 01:53:48     Midland Credit Management,
                 2365 Northside Drive,   Suite 300,   San Diego, CA 92108-2709
14046078         E-mail/Text: bankruptcydpt@mcmcg.com Feb 16 2018 01:53:48     Midland Funding, LLC,
                 8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
14046085        +E-mail/Text: bnc@nordstrom.com Feb 16 2018 01:53:12     Nordstrom,   PO Box 6555,
                 Englewood, CO 80155-6555
14046419        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 16 2018 02:03:48
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14046097        +E-mail/PDF: clerical@simmassociates.com Feb 16 2018 01:56:18      Simm Associates, Inc.,
                 800 Pencader Drive,   Newark, DE 19702-3354
14046098         E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2018 01:56:06     Synchrony Bank (TJX),
                 ATTN: Bankruptcy Dept.,   PO Box 965060,   Orlando, FL 32896-5060
14046102        +E-mail/Text: birminghamtops@sba.gov Feb 16 2018 01:54:04     U.S. Small Business Administration,
                 801 Tom Martin Drive,   Suite 120,   Birmingham, AL 35211-6424
                                                                                              TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14046049*      ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    PO Box 982235,   El Paso, TX 79998-2235)
14046059*       +Client Services, Inc.,   3451 Harry S. Truman Blvd.,    Saint Charles, MO 63301-9816
14046060*       +Client Services, Inc.,   3451 Harry S. Truman Blvd.,    Saint Charles, MO 63301-9816
14046104*       +United Collection Bureau, Inc.,    5620 Southwyck Blvd.,   Suite 206,   Toledo, OH 43614-1501
14046089       ##+Paul Aschkenasy, as T'ee of Blank Trust,    Blank Aschkenasy Properties, LLC,
                 300 Conshohocken State Road,   Suitr 360,   Conshohocken, PA 19428-3801
                                                                                   TOTALS: 0, * 4, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2018                                      Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Antoinett              Page 3 of 3                    Date Rcvd: Feb 15, 2018
                              Form ID: pdf900              Total Noticed: 76
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2018 at the address(es) listed below:
              BONNIE B. FINKEL    finkeltrustee@comcast.net,  NJ69@ecfcbis.com;Finkeltrustee@comcast.net
              DIANA M. DIXON    on behalf of Debtor Tae W. Kim dianamdixonesq@gmail.com
              DIANA M. DIXON    on behalf of Joint Debtor Victoria Soon Yu Kim dianamdixonesq@gmail.com
              JAMES W. ADELMAN    on behalf of Creditor    US Foods Inc mail@morrisadelman.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              SERGIO I. SCUTERI    on behalf of Creditor    Sysco Philadelphia, LLC sscuteri@capehart.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | TAE W. KIM | : | Chapter 7 |
| | VICTORIA SOON YU KIM, | : | |
| | | : | |
| | Debtors | : | Bky. No.  18-10506 ELF |

# O R D E R

**AND NOW, WHEREAS:**

A. 11 U.S.C. §109(h)(1) requires that an individual may not be a debtor in a bankruptcy case unless, within the 180 day period before the filing of the bankruptcy petition, the individual has received an individual or group briefing from an approved nonprofit budget and credit counseling agency as described in 11 U.S.C. §111(a) ("Credit Counseling").

B. 11 U.S.C. §109(h)(3) provides that a debtor may be exempted temporarily from the Credit Counseling requirement for a thirty (30) day period after the filing of the petition if the debtor submits a Certification which satisfies the requirements of 11 U.S.C. §109(h)(3)(A)(i), (ii) and (iii).[1]

C. It appears that the Debtor filed the bankruptcy petition in this case without receiving Credit Counseling and did not file a Certification that satisfies the requirements of 11 U.S.C. §109(h)(3)(A)(i), (ii) and (iii).

It is therefore **ORDERED**, after a hearing and for the reasons stated in court, that the above captioned bankruptcy case is **DISMISSED**.

Date: **February 15, 2018**

**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**

---

[1] 11 U.S.C. §109(h)(4) provides that, after a notice and hearing, the court may determine that the requirements of 11 U.S.C. §109(h)(1) shall not apply to a debtor because of incapacity, disability, or active military duty in a military combat zone.  No request was made for a determination under 11 U.S.C. §109(h)(4).